BANK OF AMERICA, N.A., USA, Respondent, v RESA R. FRIEDMAN, Appellant.

Submitted November 26, 2007; decided January 10, 2008

Reported below, 44 AD3d 696.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RUCHAMA GAMIEL, Appellant, v CURTIS & RIESS-CURTIS, P.C., et al., Respondents. (And a Third-Party Action.)

Submitted November 26, 2007; decided January 10, 2008

Reported below, 44 AD3d 327.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GML, INC., et al., Appellants, v CINQUE & CINQUE, P.C., et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 35 AD3d 195.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 9 NY3d 949 (2007)].